JASON K. SINGLETON (SBN 166170)
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile: (707) 441-1533
jason@singletonlawgroup.com

Attorney for Plaintiff,
THOM TAYLOR

KATHLEEN E. FINNERTY (SBN 157638)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com

Attorneys for Defendant,
GEORGE C. VISMAN, individually and as Trustee of
the GEORGE C. VISMAN REVOCABLE TRUST dba
HIGH HILL RANCH

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOM TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE C. VISMAN, individually and as Trustee of the GEORGE C. VISMAN REVOCABLE TRUST dba HIGH HILL RANCH, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-CV-00360-GEB-KJM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL AND REBUTTAL EXPERT WITNESS DISCLOSURES** |

Plaintiff, THOM TAYLOR ("Plaintiff") and Defendant, GEORGE C. VISMAN, individually and as Trustee of the GEORGE C. VISMAN REVOCABLE TRUST dba HIGH HILL RANCH ("Defendant"), by and through their respective counsel, hereby

1  jointly stipulate and request that the Court grant a 60-day continuance of the <u>initial
2  expert witness disclosure deadline</u> (July 16, 2010) and the <u>rebuttal expert witness
3  disclosure deadline</u> (August 16, 2010) as set out in this Court's Status (Pretrial
4  Scheduling) Order filed on June 8, 2010 based on the following good cause:

5      1.    Plaintiff filed his action on February 11, 2010 seeking renovations to
6  HIGH HILL RANCH in Placerville, California to improve disabled access, as well as
7  seeking damages and attorney's fees, litigation expenses, and costs.

8      2.    Defendant filed its answer to the Complaint on June 4, 2010.  Since that
9  time, the parties have begun settlement discussions, but additional information is
10 required.  Both parties believe that the opportunities for settlement are enhanced by
11 saving the expense of expert witness costs at this time.

12     3.    The parties wish to continue the initial and rebuttal expert witness
13 disclosure deadlines to allow the parties an opportunity to work towards resolution of
14 this matter.

15     4.    While the parties are working in good faith to resolve this matter, the
16 initial and rebuttal exchange disclosure dates currently loom at July 16, 2010 and
17 August 16, 2010.  Forcing the parties to have their experts finalize their opinions and
18 issue reports at this time would significantly increase the cost of the case without
19 increasing the likelihood of settlement.

20     5.    The parties therefore jointly request that the Court grant a continuance of
21 the <u>initial expert witness disclosure deadline</u> from July 16, 2010 to September 16, 2010
22 and the <u>rebuttal expert witness disclosure deadline</u> from August 16, 2010 to October 15,
23 2010 to allow the parties an opportunity to negotiate resolution of Plaintiff's claims
24 before engaging in discovery and motion practice.

25     6.    A continuance will not affect any of the other deadlines in this case, as the
26 discovery cut-off is not until December 15, 2010, and the last day to hear motions is
27 February 7, 2011.  Trial of this matter is not until July 26, 2011.

28     **IT IS HEREBY STIPULATED** as follows:

1.     That the initial expert witness disclosure deadline be moved from July 16, 2010 to September 16, 2010;

2.     That the rebuttal expert witness disclosure deadline be moved from August 16, 2010 to October 15, 2010; and

3.     That all other previously scheduled dates in this matter are to remain unchanged.

**SO STIPULATED:**

DATED:  July 12, 2010                SINGLETON LAW GROUP


By:/s/ Jason K. Singleton
    JASON K. SINGLETON
    Attorney for Plaintiff,
    THOM TAYLOR


DATED:  July 12, 2010                GREENBERG TAURIG, LLP


By:/s/ Kathleen E. Finnerty
    KATHLEEN E. FINNERTY
    Attorney for Defendant
    GEORGE C. VISMAN, individually
    and as Trustee of the GEORGE C.
    VISMAN REVOCABLE TRUST dba
    HIGH HILL RANCH

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

**IT IS HEREBY ORDERED** that:

1. The initial expert witness disclosure is continued to September 16, 2010;

2. The rebuttal expert witness disclosure is continued to October 15, 2010; and

3. All remaining pretrial and trial dates in this matter are unchanged.

DATED: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge