JASON K. SINGLETON (SBN 166170)
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile: (707) 441-1533
jason@singletonlawgroup.com

Attorney for Plaintiff,
THOM TAYLOR

KATHLEEN E. FINNERTY (SBN 157638)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com

Attorneys for Defendant,
GEORGE C. VISMAN, individually and as Trustee of
the GEORGE C. VISMAN REVOCABLE TRUST dba
HIGH HILL RANCH

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOM TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE C. VISMAN, individually and as Trustee of the GEORGE C. VISMAN REVOCABLE TRUST dba HIGH HILL RANCH, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-CV-00360-GEB-KJM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL AND REBUTTAL EXPERT WITNESS DISCLOSURES** |

Plaintiff, THOM TAYLOR ("Plaintiff") and Defendant, GEORGE C. VISMAN, individually and as Trustee of the GEORGE C. VISMAN REVOCABLE TRUST dba HIGH HILL RANCH ("Defendant"), by and through their respective counsel, hereby jointly stipulate and request that the Court grant a brief continuance of the expert

witness disclosure deadline and the rebuttal expert witness disclosure deadline as set out in this Court's Status (Pretrial Scheduling) Order filed on June 8, 2010, and modified by this Court's Order on Stipulation dated July 16, 2010, based on the following good cause:

1. Plaintiff filed his action on February 11, 2010 seeking renovations to HIGH HILL RANCH in Placerville, California to improve disabled access, as well as damages, attorney's fees, litigation expenses, and costs.

2. Defendant filed its answer to the Complaint on June 4, 2010.

3. The parties have reached settlement on the injunctive relief issues, but have not yet resolved the damages, fees and costs aspect of the case, although negotiations have begun. Both parties believe that the opportunities for settlement are enhanced by saving the expense of expert witness costs at this time.

4. The parties wish to continue the expert witness disclosure deadlines to allow the parties an opportunity to work towards resolution of this matter.

5. The expert witness disclosure dates currently loom at September 16, 2010 and October 16, 2010 for rebuttal.  Having the parties engage their experts finalize their opinions and issue reports at this time would significantly increase the cost of the case, without increasing the likelihood of settlement.

6. The parties therefore jointly request that the Court grant a continuance of the expert witness disclosure deadline from September 16, 2010 to October 15, 2010 and the rebuttal expert witness disclosure deadline from October 16, 2010 to November 12, 2010 to allow the parties an opportunity to negotiate resolution of Plaintiff's claims before engaging in discovery and motion practice.

7. A continuance will not affect the other deadlines in this case, as the discovery cut-off is not until December 15, 2010, the last day to hear motions is February 7, 201, and Trial of this matter is not until July 26, 2011.

**IT IS HEREBY STIPULATED** that:

1.   The initial expert witness disclosure deadline be moved from September 16, 2010 to October 15, 2010;

2.   The rebuttal expert witness disclosure deadline be moved from October 16, 2010 to November 12, 2010; and

3.   All other previously scheduled dates in this matter are to remain unchanged.

**SO STIPULATED:**

DATED:  September 16, 2010          SINGLETON LAW GROUP


                                    By:/s/ Jason K. Singleton
                                         JASON K. SINGLETON
                                         Attorney for Plaintiff,
                                         THOM TAYLOR

DATED:  September 16, 2010          GREENBERG TRAURIG, LLP


                                    By:/s/ Kathleen E. Finnerty
                                         KATHLEEN E. FINNERTY
                                         Attorney for Defendant
                                         GEORGE C. VISMAN, individually
                                         and as Trustee of the GEORGE C.
                                         VISMAN REVOCABLE TRUST dba
                                         HIGH HILL RANCH

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The initial expert witness disclosure is continued to October 15, 2010;

2. The rebuttal expert witness disclosure is continued to November 12, 2010; and

3. All remaining pretrial and trial dates in this matter are unchanged.

**Date: 9/16/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge